# EXHIBIT 1

# EXHIBIT 1



<<Back

News -- September 12, 2010
Aug. 27, 2010
Copyright © Las Vegas Review-Journal

# Do You Feel The Need ...

## Shelby soups up muscle cars at speed shop

By HUBBLE SMITH LAS VEGAS REVIEW-JOURNAL

Shelby American Speed Shop supervisor Gil Nevarez runs a bright red GT500 Super Snake through the new state-of-the-art chassis dyno Thursday and charts the muscle car's horsepower at something above 800 on a diagnostic screen.

That's what the customer from Alberta, Calgary, is paying about $50,000 to get. This car will be unmatched on the streets of Alberta or anywhere else, Nevarez said.

Las Vegas-based Shelby American opened the 5,000-square-foot speed shop at Las Vegas Motor Speedway industrial park in June, adding to Shelby's Cobra series manufacturing plant and Caroll Shelby Showroom Museum.

The shop is designed to enhance the performance of American muscle cars by upgrading engine, suspension and body-styling components.

"We've become so versatile, so diversified," Nevarez said. "This dyno does a lot of things. It validates horsepower, it offers a diagnostic tool for driveability problems. Most important, it allows us to go in and do modifications such as the camshaft changes we're doing. We can custom tune just for those modifications."

The shop had been making modifications for owners of the Shelby Cobra, GT500, Super Snake, Shelby GT, Shelby CS6 Mustang and other Shelby lines. With the shrinking economy, Shelby American extended the shop's performance magic to the general public.

Nevarez pointed to a 1958 Corvette being restored as a 75th birthday present for a Las Vegas man's father. Nearby was a 2010 Camaro being fitted with a high-performance camshaft that will add 50 horsepower. A Chevy Cobalt was having a supercharger and custom exhaust system installed.

He had seven cars in the shop and 10 more lined up for work.

"While we specialize in all American high-performance cars, our experienced team can tune and work on just about everything," Shelby vice president Gary Davis said in a company statement. "We've even tuned sand buggies."

Car designer Carroll Shelby founded Shelby American in 1996, the first automobile manufacturer in Nevada, setting up a 130,000-square-foot plant at the speedway to produce replicas of the famous

Shelby Cobra and Series I high-performance sports car.

Shelby American has gone through several managerial changes over the years, including Don Rager, Brent Fenimore, Nelson Gonzales and Amy Boylan. The current president is John Luft.

Nevarez said the chassis dyno made by DynoJet Research costs $35,000 to $50,000, depending on options. It'll measure up to 2,000 horsepower and it can simulate a load, which makes it different from other dynos, he said.

While the Canadian customer will pour more than $100,000 into his GT500 Super Snake, the Camaro owner will pay about $3,500 to take it from 328 horsepower to close to 400 horsepower. The Cobalt is being supercharged for $1,500, perfect for a teenage kid, Nevarez said.

Every vehicle will receive documentation that work was performed at the Shelby American Speed Shop. Modifications to Shelby cars will be noted in the official Shelby Registry.

Shelby American, a division of Carroll Shelby International, manufactures and markets performance vehicles, products and accessories under the Shelby trademark.

Contact reporter Hubble Smith at hsmith@reviewjournal.com or 702-383-0491.

# EXHIBIT 2

# EXHIBIT 2



| Home | About Us | Directory | Advertising | Contact Us | Forum | Archives | Search: [   ] GO |



09/02/10 01:30PM   Las Vegas Motor Speedway, Mustang, Shelby American Speed Shop, Shelby Mods, Shelby Mustang

**Shelby Opens New Speed Shop in Las Vegas**



**Shelby American Inc.** is opening a new **Speed Shop in Las Vegas** on the grounds of Shelby American headquarters and Las Vegas Motor Speedway called the Shelby American Motorsports Speed Shop. In this new shop they will be focusing on improving the performance and styling of street and track cars. This includes engine enhancements, suspension improvements, and body styling components.

The president of Shelby, John Luft, was quoted saying "Shelby American's roots began when Carroll Shelby and his band of hot rodders founded the company in 1962. This spirit lives in the company today, and has found its way into every car and truck ever since. We've been asked to Shelby tune and modify customer cars for years. With the Shelby team always testing the latest performance innovations for Shelby American's experimental cars, we decided it was time to extend the Shelby Performance magic to the public."

They've been building the shop over the last few months and have also installed a new state of the art chassis dyno to help tune their Muscle Cars and to verify any horsepower improvements made by their upgrades.

The Vice President of Shelby American Gary Davis went on to say, "While we specialize in all American high performance cars, our experienced team can tune and work on just about everything. In addition to dyno tuning, we can install headers, cams, heads, cold air intakes, superchargers and other performance upgrades on all of the brands. From Shelbys to Mustangs, Camaros, Corvettes, F150s and Challengers, we can custom build just about anything a customer can dream. We've even tuned sand buggies."

**The shop is now open for business and can be contacted at (702) 942-1719.**

Permalink | Print | E-mail | Comments (0)



08/28/10 01:50PM    51 Chevy, Illegal Immigration, US Border Patrol

**Urgent Message from the US Border Patrol**

The United States Border Patrol is asking citizens to keep on the lookout for a red 1951 Chevy that they suspect is being used to smuggle illegal immigrants across the border from Mexico and into points along the U.S. border. If you see the vehicle pictured below and have reason to believe that it is the suspect vehicle, you are urged to contact your local police department or the U. S. Border Patrol.

**Galleries**
Readers Pics
Readers Videos

**Street**
Street Rods
Hot Rods
Muscle Cars
Classic
Vintage

**Off Road & Racing**
Drag
Open Wheel
Stock Car
Rally
Off Road

**Big Motors & Big Rear Ends**

**Popular**
Ray Stevens and OBAMACARE
Dodge Motorsports Notes & Quotes - Dodge Introduces Challenger For NASCAR Nationwide Series
Dodge Challenger NASCAR Nationwide Series racer unveiled
Ryan Newman is on His Hood Lap-by-Lap: Talladega

**Latest**
Shelby Opens New Speed Shop in Las Vegas
Urgent Message from the US Border Patrol
Do You Feel The Need ... Shelby soups up muscle cars at speed shop
A New Mustang Club in Las Vegas
Shipping Your Car



American Mustang Parts LLC
11315 Folsom Blvd
Rancho Cordova, CA 95742
Phone: (916)635-7271
Toll Free: (800) 624-6026
Hours: Mon-Fri 9am-6pm
Sat 10am-3pm PST
Email: amp@american-mustang.com
Website: www.american-mustang.com
We provide same-day shipping on most orders.
Accessories - Body & Exterior - Brakes - Clutch
Console - Cooling - Convertible - Decals - Door Parts
Electrical - Elec. Switches - Emblems - Engine - Exhaust
Fuel System - Grill - Hardware - Heater & A/C - Hoses
Hood Hardware - Horn Parts - Hub Caps - Instrument
Interior - Lights - Locks - Mirrors - Molding
Paint - Rear End - Soft Trim - Steering - Stereos
Stripe Kits - Suspension - Transmission - Trunk
Weatherstriping - Wheels - Wipers





Feedback | Privacy Policy
Terms of Use | Accessibility

Permalink | Print | E-mail | Comments (0)

**American Mustang Parts LLC**
11315 Folsom Blvd • Rancho Cordova, CA 95742
Phone: (916)635-7271 or (800) 824-6026
Hours: Mon-Fri 9am-6pm Sat 10am-3pm PST
Email: amp@american-mustang.com
Website: www.american-mustang.com
We provide same-day shipping on most orders.

08/27/10 10:24PM — Carroll Shelby, GT500, Las Vegas Motor Speedway, Muscle Cars, Mustang, Shelby American Speed Shop, Shelby GT, Super Snake

**Do You Feel The Need ... Shelby soups up muscle cars at speed shop**



**Foreman Carl Siegfried, left, and performance specialist Anthony Iacovino work on a 1958 Chevy Corvette at the Shelby American Speed Shop, which opened at the Las Vegas Motor Speedway in June. "Anything that goes fast, I'm into it," Iacovino said**



**Supervisor Gil Nevarez monitors the performance of a 2007 Carroll Shelby Super Snake on a chassis dyno at the Shelby speed shop.**

Shelby American Speed Shop supervisor Gil Nevarez runs a bright red GT500 Super Snake through the new state-of-the-art chassis dyno Thursday and charts the muscle car's horsepower at something above 800 on a diagnostic screen.

That's what the customer from Alberta, Calgary, is paying about $50,000 to get. This car will be unmatched on the streets of Alberta or anywhere else, Nevarez said.

Las Vegas-based Shelby American opened the 5,000-square-foot speed shop at Las Vegas Motor Speedway industrial park in June, adding to Shelby's Cobra series manufacturing plant and Caroll Shelby Showroom Museum.

The shop is designed to enhance the performance of American muscle cars by upgrading engine, suspension and body-styling components.

"We've become so versatile, so diversified," Nevarez said. "This dyno does a lot of things. It validates horsepower, it offers a diagnostic tool for driveability problems. Most important, it allows us to go in and do modifications such as the camshaft changes we're doing. We can custom tune just for those modifications."

The shop had been making modifications for owners of the Shelby Cobra, GT500, Super Snake, Shelby GT, Shelby CS6 Mustang and other Shelby lines. With the shrinking economy, Shelby American extended the shop's performance magic to the general public.

Nevarez pointed to a 1958 Corvette being restored as a 75th birthday present for a Las Vegas man's father. Nearby was a 2010 Camaro being fitted with a high-performance camshaft that will add 50 horsepower. A Chevy Cobalt was having a supercharger and custom exhaust system installed.

He had seven cars in the shop and 10 more lined up for work.

"While we specialize in all American high-performance cars, our experienced team can tune and work on just about everything," Shelby vice president Gary Davis said in a company statement. "We've even tuned sand buggies."

Car designer Carroll Shelby founded Shelby American in 1996, the first automobile manufacturer in Nevada, setting up a 130,000-square-foot plant at the speedway to produce replicas of the famous Shelby Cobra and Series I high-performance sports car.

Shelby American has gone through several managerial changes over the years, including Don Rager, Brent Fenimore, Nelson Gonzales and Amy Boylan. The current president is John Luft.

Nevarez said the chassis dyno made by DynoJet Research costs $35,000 to $50,000, depending on options. It'll measure up to 2,000 horsepower and it can simulate a load, which makes it different from other dynos, he said.

While the Canadian customer will pour more than $100,000 into his GT500 Super Snake, the Camaro owner will pay about $3,500 to take it from 328 horsepower to close to 400 horsepower. The Cobalt is being supercharged for $1,500, perfect for a teenage kid, Nevarez said.

Every vehicle will receive documentation that work was performed at the Shelby American Speed Shop. Modifications to Shelby cars will be noted in the official Shelby Registry.

Shelby American, a division of Carroll Shelby International, manufactures and markets performance vehicles, products and accessories under the Shelby trademark.

**Reprinted from the** Las Vegas Review Journal

**Contact reporter Hubble Smith at** hsmith@reviewjournal.com **or 702-383-0491.**

Permalink | Print | E-mail | Comments (0)



08/27/10 11:50AM   Las Vegas Car Clubs, Mustang Club, Mustang Club of America, Vegas Valley Mustang Club

**A New Mustang Club in Las Vegas**



**A New Club has come to Las Vegas**

**We have just received our charter from the Mustang Club of America**



Have a Mustang ? Wanna hang out with other Mustangers. Come to our meeting the Third Wednesday of the month .
We have a great group of Mustang Lovers ,Who like to have fun. Join us for Dinner,Cruises, Road Trips ,and Car Shows.

We Have lots of events planned,come and see what we have to offer.

**Where:**
Deans Place (Just South of the Silverton Casino)
8355 Dean Martin Drive
Las Vegas, NV
702-387-8887

**When:**
Third Wednesday of the Month
Dinner at 6PM
Meeting at 7PM

**Call the Prez--Jeff Doak--702-256-5887**

Permalink | Print | E-mail | Comments (0)

![eat my flames]

08/26/10 09:19AM        Auto Transport, California Car Shipping, Car Carriers, Car Delivery, Car Shipping

**Shipping Your Car**

What is car shipping? Shipping your car to some distance place is called car shipping. Car shipping is a tedious task before, but now it is not such a tedious task because of auto moving companies. Car is one of the prestigious automobile and it needs to be given care when moving to some distant places and the important issue is if you want your car to be moved to short distance, it is no issues and when you transport to long distance self driving is not good so it is best to prefer for auto transporters who do this task in a most satisfactory way. Are you prepared for a journey to car shipping? Then, the following paragraph takes you into the journey of car shipping.

**Find the best movers?**
The first visit to car shipping journey is to find the best movers. So you have decided to transport your lovely car and are you confused to how to find the best movers. Don't worry here are some valuable tips for finding it so that your car shipping journey will be a safe one. Using the technology in a best way makes our life so easy and we have an easy technological source that makes our journey as easy one. It is none other than internet; it is the best source to find it. Many companies have keywords such as car shipping, auto shipping, auto transport and vehicle shipping. Use these keywords in the internet and find the best movers. The other best source is seeking a help from a friend who have already used this source and many sources are there to find, but the only thing is how we using it.

**What do the auto moving companies do?**
Once you have approached the help of car shippers, you don't need to worry unless you can't find the best movers. They move your car in an easiest way and guide you in all aspects and once you booked for the process they come to your house or the place you said and take your car and hand over to you in the appropriate time.

**What facilities they provide?**
They provide the following facilities in a best way
24/7 toll free service
Online free quotes and enquiry
Distance calculator
Overseas shipping
Email enquiry with online booking
Secured method of transportation

**How do they move your car?**
They move your car by two types of modes such as open and enclosed method of transportation and generally use the best trucks to move the car. The choice is yours and if you have any doubts in the modes, you can ask them and they clear your queries in a best way. Select the mode by your choice and if you have a luxurious car, then prefer enclosed type and if it is a normal one chose open type and select the mode depending upon your budget.

Hope this car shipping journey would be useful and it is not a journey of adventure, but it is a journey of information. Car shipping is easy if you have a full knowledge about it.

Muscle Cars of America Recommends the following companies:





Permalink | Print | E-mail | Comments (0)



08/26/10 09:07AM          Added Horsepower, Ford, Gas Mileage, high performance, Mustang, Super Chip

**Super Chip or not to Super Chip**
That is the question



By Brent Boyd

Your Ford Mustang is a true pony car. A coupe with class and no other car on the road is like it. Heck, GM abandoned the Camaro and Firebird while Mustang sales continue to surge. Could it be that Mustang owners know a good thing when they drive it? You bet! Still, maybe you have considered ways to ratchet up the performance. Even with a V8 installed, perhaps you could squeeze out more power from an already potent engine? If that is the case for you a superchip may be right. However, are they worth it? Let's take a look at these little technological wonders and see if a super chip is what you really want.

So, exactly how does a superchip work? That's easy! Every car comes with a computer chip – much like the one the central processing chip that powers your computer. Your stock chip helps to regulate a bunch of things including fuel flow to your engine, horsepower, torque, etc. Unfortunately, stock chips aren't maximized for performance so the chip you get isn't necessarily conducive to enhancing power.

Enter the Super Chip!

A Superchip or "Super Chip" puts the muscle into your chip. Either through completely replacing your current chip with a performance chip or sending out your chip to be modified, the end result is a tiny little device packed with more power. In actuality, the power isn't in your Ford Super Chip, instead it is in the instructions that the chip contains.

The Super Chip is modified to help boost horsepower, increase torque, and raise fuel mileage. So how can fuel mileage improve...shouldn't it actually drop with more power? Well, the short answer is no. Because a superchip works to fine tune your engine, a better tuned engine requires less fuel. Because a super chip manages to work so precisely it can deliver on all three areas – better horsepower, more torque, and improved fuel economy – without compromise. This means you get a more potent car that is also more fuel efficient.

So, back to the original question: are they worth it? Well, that is for you to decide. However, if keeping your current car is your goal then for a few hundred bucks a super chip is a smart idea. No need to trade your car in for a new, pricey model. Simply take your existing car and supercharge it.

When shopping for a super chip you must be aware that the chips are developed with your specific make/model of car in mind...all the way down to the type of engine underneath the hood. Some manufacturers of Ford super chips or other famous maker chips require you to take out your current chip and overnight it to the chip manufacturer, get it modified, and have it overnighted back to you. In this case your car would be out of commission for 2 or 3 days.

On the other hand, some manufacturers simply swap out your stock chip with a new one. That all depends on which chip model you select and the price you are willing to pay for your superchip.

Permalink | Print | E-mail | Comments (0)



08/18/10 02:56PM          Bel Air, Cars, Chevy, classic, Original 1957, Unrestored 57 Chevy, vintage

**Champion Automotive Has Got a 57 Chevy for You!**

Champion Automotive

**Classic and Vintage Muscle Cars,Hot Rods**



A totally orignal un-restored 1957 Chevrolet Bel Air two door hardtop. It has the original 283 Power pack engine, powerglide transmission, power steering, power brakes, full tinted glass, push button radio, and of course dual exhaust. This is an original California car with the seamless frame and one piece front bumper. Never any rust anywhere, and runs and drives just the way it was meant too. Beautiful original chrome and interior.

Call us today 540-338-1960

Permalink | Print | E-mail | Comments (0)



07/29/10 03:43PM                                   insulation, KoolMat, Sound Deadener
**Something Kool from KOOLMAT**



NASCAR Performance on NASCAR.COM

Larry Mac, Chad Knaus and Bootie Barker talk about how drivers are kept cool in the new car.

October 11, 2008                  > MORE NASCAR.COM VIDEOS

Permalink | Print | E-mail | Comments (0)



Copyright © 2008 Muscle Cars of America
Website Development & Hosting by Orange Geek LLC

# EXHIBIT 3

# EXHIBIT 3

*-APPLICATION-*

## Title

**Title of Work:** Do You Feel The Need… Shelby soups up muscle cars at speed shop

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 12, 2010      **Nation of 1st Publication:** United States

## Author

- **Author:** Stephens Media LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC
9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States
**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC
**Name:** Chief Executive Officer
**Email:** sgibson@righthaven.com      **Telephone:** 702-527-5900
**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV  89129-7701  United States

## Certification

|  |  |
|---:|:---|
| **Name:** | Steven A. Gibson |
| **Date:** | October 6, 2010 |
| **Applicant's Tracking Number:** | 0002096 |

Registration #:

Service Request #:   1-498243853

Application Date:   10-06-2010 19:47:14

## Correspondent

Organization Name:   Righthaven LLC
Name:   Steven A. Gibson
Address:   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States